IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CHANTEL REID and
MARIUS ST. GERARD,

    *Plaintiffs*,

Case No. 9:14-cv-81472-WPD

v.

INBOUND CALL EXPERTS, LLC
d/b/a Advanced Tech Support;
ADVANCED TECH SUPPORTCO, LLC;
PC VITALWARE, LLC; SUPER PC
SUPPORT, LLC; ROBERT D.
DEIGNAN, individually; PAUL
HERDSMAN, individually; and JUSTIN
M. WRIGHT, individually;

    *Defendants.*

## SATISFACTION OF JUDGMENT

Judgment was entered in the above action on the 19th day of June, 2015 in favor of Plaintiffs Chantel Reid, Yudy Williams, Zaida San Juan, David Noel, Jimmy Copeland, and Eric Gildiner, and against Defendants, Inbound Call Experts, LLC (d/b/a Advanced Tech Support), Advanced Tech SupportCo, LLC, PC Vitalware, LLC; Robert D. Deignan, Paul Herdsman, and Justin M. Wright as follows:

• Chantel Reid shall recover from Defendants $225 in unpaid overtime wages (less applicable tax withholdings) and $225 in liquidated damages;

- Judy Williams shall recover from Defendants $30 in unpaid overtime wages (less applicable tax withholdings) and $30 in liquidated damages;

- Zaida San Juan shall recover from Defendants $200 in unpaid overtime wages (less applicable tax withholdings) and $200 in liquidated damages;

- David Noel shall recover from Defendants $400 in unpaid overtime wages (less applicable tax withholdings) and $400 in liquidated damages;

- Jimmy Copeland shall recover from Defendants $30 in unpaid overtime wages (less applicable tax withholdings) and $30 in liquidated damages;

- Eric Gildiner shall recover from Defendants $500 in unpaid overtime wages (less applicable tax withholdings) and $500 in liquidated damages; and

- Plaintiffs shall recover from Defendants $22,000 in attorneys' fees and costs.

Said judgment, with interest and costs thereon having been fully paid, is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Respectfully submitted this 7th day of July, 2015 by:

*s/ R. Edward Rosenberg*
R. Edward Rosenberg, Esq
Morgado, P.A.
382 NE 191st Street #84164
Miami, Florida 33179
T: (855) 899-9121 x102
F: (855) 499-9191
E: rer@morgado.us
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 7th, 2015, I electronically filed the foregoing with the Clerk of the Court by using the Court's electronic filing system that sends copies to all parties.

    */s/ R. Edward Rosenberg*
    R. Edward Rosenberg, Esq.
    Attorney for Plaintiff

STATE OF FLORIDA            )
                            ) ss:
COUNTY OF MIAMI-DADE        )

On the 7th day of July, 2015 before me personally came R. Edward Rosenberg to me known and known to be a member of the firm of Morgado PA, attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
R. Edward Rosenberg

SWORN TO AND SUBSCRIBED before me this

7th day of July, 2015

[✓] Personally known
[ ] Produced Identification Type:_____

_____
NOTARY PUBLIC
Print Name:
Commission No.:

GARRISON COHEN
MY COMMISSION #FF025734
EXPIRES June 10, 2017
(407) 398-0153   FloridaNotaryService.com

My Commission Expires: June 10, 2017